# UNITED STATES DISTRICT COURT

Northern   DISTRICT OF   New York

Scott Miller

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:   1:12-cv-1100

Commissioner of Social Security

**Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

x **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's motion for judgment on the pleadings is Denied and Defendant's motion for judgment on the pleadings is Granted.

All of the above pursuant to an order issued by the Honorable Frederick J. Scullin, Jr. on February 13, 2014.

February 13, 2014
Date

Clerk of Court



(By) Deputy Clerk